# Court of Appeals
# of the State of Georgia

ATLANTA,___July 18, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A2120. HOLLACE TURNER v. US BANK NATIONAL ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. After an adverse ruling, Hollace Turner appealed de novo to the superior court. The superior court entered judgment in favor of US Bank National Association, and Turner has now appealed that ruling directly to this Court. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Turner was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_07/18/2013_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*